# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA ENTERPRISES, INC., a California corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>STAN BOYETT & SON, INC., a California corporation, and DOES 1 through 10, inclusive ,<br><br>   Defendants.<br>STAN BOYETT & SON, INC., a California corporation dba BOYETT PETROLEUM<br><br>   Counter-Complainant,<br><br> vs.<br><br>NORA ENTERPRISES, INC., a California corporation; RAHIL HASHIM, an individual; and NORIN HASHIM, an individual,<br><br>   Counterclaim-Defendants. | Case No. CV 23-7022-GW-MARx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: August 24, 2023 |

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 79934737v1

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL**

Case No. 2:23-cv-07022-GW-MARx

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court has received and reviewed the Parties' Stipulation for Dismissal without Prejudice of this entire Action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, the Court hereby ORDERS as follows:

    1.    All claims of the Parties in this Action are dismissed without prejudice.

    2.    The Parties will each bear their own attorneys' fees and costs in connection with this Action.

    3.    The Court retains jurisdiction after dismissal to enforce the Settlement between the Parties and enter the Stipulated Judgment (upon any default), which is Exhibit 1 to the Stipulation for Entry of Judgment and pursuant to the Court's January 24, 2024 Order (Docket # 26).

**IT IS SO ORDERED.**

Date: February 15, 2024

_____
HON. GEORGE H. WU, U.S. DISTRICT JUDGE